# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

v.                           **Case No. 4:20-cr-00298 KGB**

**JULIA NICOLE HOLLEY**                                              **DEFENDANT**

## ORDER

Before the Court is defendant Julia Nicole Holley's application for early termination of supervised release (Dkt. No. 2). The government responded to Ms. Holley's motion (Dkt. No. 7). For good cause shown, the Court grants Ms. Holley's motion and terminates her term of supervised release.

Pursuant to 18 U.S.C. § 3583(e), the Court may terminate a term of supervised release where, after consideration of the Federal Rules of Criminal Procedure and certain enumerated factors, the Court concludes that such action is warranted by the conduct of the defendant and is in the interest of justice. In her motion, Ms. Holley indicates that she conferred with the United States Probation Office and counsel for the government regarding her motion and that neither object (Dkt. No. 2, at 2). The government in its response indicates that it has no objection to her request (Dkt. No. 7). After careful consideration of the parties' filings, taking all of the facts into account and considering the appropriate factors set forth in § 3553(a), the Court finds that early termination of Ms. Holley's supervised release is warranted by Ms. Holley's conduct and in the interest of justice. 18 U.S.C. § 3583(e)(1). Accordingly, the Court grants Ms. Holley's application for early termination of supervised release (Dkt. No. 2).

It is so ordered, this the 14th day of December, 2020.

                                                                          _____
                                                                          Kristine G. Baker
                                                                          United States District Judge